Gerhard T. Potthoff, Appellant, v. Safety Armorite Conduit Company, Respondent.— Motion for reargument of motion to resettle order denied. Motion to resettle order granted, and order signed. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Rebecca Purcell, as Administratrix, etc., Respondent, v. United States Grand Lodge, Independent Order Sons of Benjamin, Appellant.— Motion to dismiss appeal denied, with leave to renew if the case is not brought on for argument at the next term of this court, provided that the respondent will either stipulate that the copies of the exhibits printed in the appeal book are correct copies thereof, or will forthwith file the original of such exhibits with the county clerk of Kings county, so that he may certify the record on appeal. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. Harry F. Dwyer, Appellant, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Filippo Todaro, Plaintiff, v. Somerville Realty Company and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Union Bank of Brooklyn, Plaintiff, v. David Schneider and Others, Defendants.— Motion denied, with costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Charles B. Behr, Respondent, v. Max D. Steuer, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Burlington Venetian Blind Company, Appellant, v. Arthur L. Rich, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the evidence does not show that the plaintiff was doing business in the State of New York, within the meaning of the statute. Jenks, P. J., Thomas and Carr, JJ., concurred; Woodward and Rich, JJ., dissented.

Elizabeth Cavadlo, an Infant, etc., by Morris Cavadlo, Her Guardian ad Litem, Appellant, v. Oscar Fichtenbaum and Theodore Ellender, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ .

Walter Ciskowsky, as Administrator, etc., of Peter Ciskowsky, Deceased, Respondent, v. Jennie Corkedale and Others, Appellants.— Judgment